UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 22-01798-JWH(JPRx) | Date | January 6, 2023 |
| Title | *Wilson Chung et al v. Monroe Operations, LLC et al* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |

| Clarissa Lara | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Victoria Rivapalacio | Eugene Ryu |

**Proceedings:   HEARING RE PLAINTIFF'S MOTION TO REMAND TO STATE COURT [16]; SCHEDULING CONFERENCE**

Counsel state their appearances. The Court confers with counsel and hears oral argument.

The Court takes the Motion to Remand Case to State Court [ECF No. 16] under submission.

The Court **SETS** the following briefing schedule for Plaintiffs' anticipated Motion for Class Certification:

| | |
|---|---|
| Deadline to file Motion for Class Certification: | October 13, 2023 |
| Deadline to file Opposition to Motion for Class Certification: | November 13, 2023 |
| Deadline to file Reply re Motion for Class Certification: | December 1, 2023 |
| Hearing on Motion for Class Certification: | December 19, 2023, at 10:00 a.m., in person |

**IT IS SO ORDERED.**

Time:  00:40
Initials of Preparer: cla