1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON CHUNG and LISA BURTON, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MONROE OPERATIONS, LLC, a Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 8:22-cv-01798-JWH-JPR<br><br>(Removed from Orange County Superior Court Case No. 30-2022-01268754-CU-OE-CXC)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TO STAY CASE IN ITS ENTIRETY**<br><br>Complaint Filed: July 7, 2022 |

315298858.1

For good cause shown, and based upon the stipulation of the Parties, it is hereby **ORDERED** as follows:

1. The parties' Stipulation is **APPROVED**.
2. All litigation and pending formal discovery remains **STAYED**.
3. Any party may make a motion at any time to modify or vacate the stay, for good cause shown.
4. The Parties are **DIRECTED** to file a Joint Report regarding the status of settlement no later than May 8, 2024, and every 90 days thereafter.

**IT IS SO ORDERED.**

Dated: ___February 9___, 2024

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE