**K&L GATES LLP**
Eugene Ryu, Cal. Bar No. 209104
Gene.Ryu@klgates.com
Penny Chen Fox, Cal. Bar No. 280706
Penny.Chen@klgates.com
Paul Suh, Cal. Bar No. 321028
Paul.Suh@klgates.com
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Telephone: (310) 553-5000
Facsimile: (310) 553-5001

Attorneys for Defendant

[*Additional Counsel on Following Page*]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILSON CHUNG and LISA BURTON, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>MONROE OPERATIONS, LLC, a Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 8:22-cv-01798-JWH-JPR<br><br>(Removed from Orange County Superior Court Case No. 30-2022-01268754-CU-OE-CXC)<br><br>**JOINT REPORT RE STATUS OF SETTLEMENT**<br><br>Complaint Filed: July 7, 2022<br><br>Current hearing Date: December 9, 2022<br>Requested Hearing Date: January 6, 2023<br>Location: Courtroom 9D |

**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
Norman B. Blumenthal, Cal. Bar No. 068687
E-mail: norm@bamlawca.com
Kyle R. Nordrehaug, Cal Bar No. 205975
E-mail: kyle@bamlawca.com
Aparajit Bhowmik, Cal Bar No. 248066
E-mail: aj@bamlawca.com
Piya Mukherjee, Cal Bar No. 274217
E-mail: piya@bamlawca.com
Victoria B. Rivapalacio, Cal. Bar No. 275115
Email: victoria@bamlawca.com
Charlotte E. James, Cal. Bar No. 308441
E-mail: charlotte@bamlawca.com
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

JOINT REPORT

**TO THE CLERK OF THE FEDERAL DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Defendant MONROE OPERATIONS, LLC ("Defendant") and Plaintiff WILSON CHUNG ("Plaintiff"), by and through their counsel, hereby submit the following Joint Report re Status of Settlement pursuant to the Court's Order Granting Joint Stipulation to Continue Stay of Case in its Entirety, [Doc. No. 31] :

A settlement of this Action, as well as some additional related actions, has been reached following an all-day mediation with mediator Brandon McKelvey. The terms of a long-form Settlement Agreement have been finalized and the Parties are in the process of executing the Settlement Agreement. The Motion for Preliminary Approval with respect to the claims in this Action has been filed in *Uribe, et al., v. Monroe Operations, LLC, et al*., Superior Court of California, County of Ventura Case No. 56-2021-00561341-CU-OE-VTA. The hearing on the Preliminary Approval Motion is set for May 31, 2024. The Parties have also finalized the terms of a Stipulation for Leave to File an Amended Complaint in the *Uribe* Action which adds the plaintiffs and claims from this Action to the operative complaint in the Uribe Action. Upon the filing of the amended complaint, Plaintiff will dismiss this Action without prejudice.

Dated: May 8, 2024     K&L GATES LLP

By     */s/ Penny Chen Fox*
Eugene Ryu
Penny Chen Fox
Paul Suh
Attorneys for Defendant

Dated: May 8, 2024  BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP

By  */s/ Piya Mukherjee*
Piya Mukherjee
Victoria B. Rivapalacio
Attorneys for Plaintiff

## ATTESTATION REGARDING SIGNATURES

I, Piya Mukherjee, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 8, 2024

*/s/ Piya Mukherjee*
Piya Mukherjee

# ORDER

FOR GOOD CAUSE SHOWN, and based on the stipulation of the Parties, it is hereby ORDERED that:

The Briefing Schedule and Hearing on Plaintiff's Motion for Class Certification currently scheduled for December 19, 2023 at 10 a.m. is continued as follows:

| | |
|---|---|
| Deadline to file Motion for Class Certification | February 16, 2024 |
| Deadline to file Opposition to Motion for Class Certification: | March 22, 2024 |
| Deadline to file Reply re Motion for Class Certification: | April 9, 2024 |
| Hearing on Motion for Class Certification: | April 26, 2024 at ___:____ |

All litigation and pending formal discovery is stayed pending mediation.

Dated: _____, 2022

_____
HONORABLE JOHN W. HOLCOMB

3
JOINT STIPULATION

315298858.1